United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jaime Viveros, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-22219-Civ-Scola |
| | ) |
| JA Maintenance Group LLC and | ) |
| Jorge L. Aviles, Jr., Defendants. | ) |

## **Default Judgment**

The plaintiff, Jaime Viveros, has moved for a default judgment against JA Maintenance Group LLC consistent with Federal Rule of Civil Procedure 55(b)(2). (ECF No. 23.) Previously, the Clerk of the Court entered a default under Rule 55(a). A "defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). In issuing a default judgment, a court may award damages "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," as long as "all essential evidence is already of record." *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

The complaint alleges that JA Maintenance Group LLC violated the Fair Labor Standards Act by failing to pay the plaintiff required unpaid wages, overtime compensation, and lost wages stemming from the defendant's unlawful retaliation. (ECF No. 1.) Viveros has filed an affidavit establishing that he suffered damages in the amount of $31,780.00, consisting of $15,890.00 in unapid wages, plus $15,890.00 in liquidated damages. (*See* ECF No. 23.)

After having considered the motion, the record, and the relevant legal authorities, the Court **grants** the motion for default judgment (**ECF No. 23**). The Court **enters judgment** in favor of the plaintiff, Jaime Viveros, and against the defendant, JA Maintenance Group LLC, in the amount of $31,780.00, for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate. The Defendant's last known address is: JA Maintenance Group LLC Through Its Registered Agent Accounting Max Services Inc., 6635 W. Commercial Blvd. Suite 101 Tamarac, Florida 33319.

(continued on following page)

The Court **directs** the Clerk to **close** this matter.

**Done and ordered** at Miami, Florida, on September 6, 2019.

*[signature]*
Robert N. Scola, Jr.
United States District Judge